UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-CR-115 |
| | ) | |
| EDGAR ROSAS-JIMENEZ, | ) | (VARLAN/SHIRLEY) |
| RIGOBERTO ROSAS-JIMENEZ, and | ) | |
| RAMIRO GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on Defendant Rigoberto Rosas-Jimenez's Motion to Enlarge Time for Filing Motions [Doc. 30], which was filed on September 23, 2009. Defense counsel requests that the September 23 motion-filing deadline be extended for two weeks in order to allow counsel time to obtain the remaining discovery, complete his review of discovery, and to meet with the Defendant with the aid of an interpreter to discuss the discovery and the need for pretrial motions. Counsel states that due to his trial schedule in state and federal court, he has not had adequate time to complete these tasks to date. He does not oppose a reciprocal extension of time for the Government to file responses. Counsel for Defendant Rigoberto Rosas-Jimenez states that he has spoken with counsel for Defendant Edgar Rosas-Jimenez and Defendant Ramiro Gomez, who both join in this motion to enlarge the time for filing motions.

1

Finding the Defendants have shown good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 30**] and extends the deadline for filing motions to **October 7, 2009**. The Government has until **October 20, 2009**, to file its responses to any motions filed by the Defendants. All other dates in the case, including the pretrial conference set for **October 22, 2009, at 1:30 p.m.**, shall remain the same.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge